UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIEN PEPY,

                Plaintiff,

v.

RKN HOLDINGS INC. D/B/A ROZ NG,

                Defendant.

Case No: 1:24-cv-08750-JPO

Hon. J. Paul Oetken

## DEFAULT JUDGMENT

Upon consideration of the motion for default judgment filed by the plaintiff, Julien Pepy ("*Plaintiff*") under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of Plaintiff's counsel Craig B. Sanders, Esq., and exhibits attached thereto, the declaration of Julien Pepy and exhibits attached thereto, the Memorandum of Law, the Statement of Damages, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant RKN Holdings Inc. d/b/a Roz Ng ("Defendant");

2. Defendant is to pay the sum of $30,000.00 in statutory damages pursuant to 17 U.S.C. § 504(c) for direct copyright infringement;

3. Defendant is to pay $7,012.50 in attorneys' fees and $460.00 in costs pursuant to 17 U.S.C. § 505;

4. Defendant is to pay post-judgment interest pursuant to 28 U.S.C.A. § 1961;

5. The Court retains jurisdiction over any matter pertaining to this judgment; and

      6.      The Clerk of the Court shall close the case on the Court docket.

SO ORDERED.

Dated: April 11, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge